**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 9, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00685-CV**

---

## IN RE D & L OIL AND GAS LLC AND BAYKO, PREBEG, FAUCETT & ABBOTT, PLLC, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
157th District Court
Harris County, Texas
Trial Court Cause No. 2021-56699**

---

## MEMORANDUM OPINION

On November 29, 2021, relators D & L Oil and Gas LLC and Bayko, Prebeg, Faucett & Abbott, PLLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Tanya Garrison, presiding judge of the 157th

District Court of Harris County, to vacate her October 15, 2021 order granting TAI Acquisition Corporation's ("TAI") petition for Rule 202 presuit deposition.[1]

Relator's petition is deficient because (1) it does not contain a certification that by the person filing the petition that he or she has reviewed the petition and concluded that every factual statement in the petition is supported by competent evidence included in the appendix or record;[2] (2) the documents in the record are not sworn or certified;[3] (3) it does not include the transcript of the in-person evidentiary hearing held on the Rule 202 petition or a state that no testimony was adduced in compliance with the matter complained;[4] and (4) the record it does not include a sworn or certified copy every document that is material to the relator's claim, including but not limited to relator's renewed objections filed in the trial court on November 24, 2021.[5]

Relators have not established that they are entitle to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion to stay.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.

---

[1] *See* Tex. R. Civ. P. 202.

[2] *See* Tex. R. App. P. 52.3(j).

[3] *See* Tex. R. App. P. 52.3(k), 52.7(a)(1).

[4] *See* Tex. R. App. P. 52.7(a)(2).

[5] *See* Tex. R. App. P. 52.7(a)(1).